# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 21-cr-1108-TWR-1 |
| vs ) | ABSTRACT OF ORDER |
| Darris Cotton (1) ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/13/2021__ the Court entered the following order:

RECEIVED U.S. MARSHALS-S/CA  2021 APR 13 AM 11:32

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

__✓__ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Mitchell D. Dembin
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL    Clerk
by D. Frank  Deputy Clerk

Received _____
DUSM

Crim-9   (Rev. 8-11)                          ★ U.S. GPO: 1996-783-398/40151

MARSHAL'S